# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § §
MILLER, DARYL L § Case No. 12-03374
MILLER, MARIA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on January 31, 2013
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                            Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*

*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
MILLER, DARYL L  §  Case No. 12-03374
MILLER, MARIA  §
 §
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,414.99 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,414.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 853.75 | $ 0.00 | $ 853.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 853.75 |
| Remaining Balance | | $ | 2,561.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,771.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,582.93 | $ 0.00 | $ 329.23 |
| 000002 | Discover Bank | $ 9,669.20 | $ 0.00 | $ 370.89 |
| 000003 | Fertility Centers of ILL | $ 820.55 | $ 0.00 | $ 31.47 |
| 000004 | American Express Centurion Bank | $ 15,924.48 | $ 0.00 | $ 610.84 |
| 000005 | PORTFOLIO AMERICA ASSET MANAGEMENT LLC | $ 2,102.84 | $ 0.00 | $ 80.66 |
| 000006 | Dell Financial Services, LLC | $ 1,515.86 | $ 0.00 | $ 58.15 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 4,949.44 | $ 0.00 | $ 189.85 |
| 000008 | FIA CARD SERVICES NA successor to | $ 15,028.49 | $ 0.00 | $ 576.47 |
| 000009 | American Express Centurion Bank | $ 5,377.19 | $ 0.00 | $ 206.26 |
| 000010 | Portfolio Recovery Associates, LLC | $ 2,102.42 | $ 0.00 | $ 80.65 |
| 000011 | Capital One, N.A. | $ 698.12 | $ 0.00 | $ 26.77 |

Total to be paid to timely general unsecured creditors     $     2,561.24

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,600.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital One, N.A. | $ 3,600.43 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 12-03374-JBS
Daryl L Miller                                                      Chapter 7
Maria Miller
        Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1            User: tmaurer                Page 1 of 3                Date Rcvd: Dec 14, 2012
                                Form ID: pdf006              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
db/jdb         #+Daryl L Miller,    Maria Miller,   15616 Pine Road,    Oak Forest, IL 60452-2620
18963619        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18424920       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18424924       +Bank Of America, N.A.,    450 American St,   Simi Valley, CA 93065-6285
19248645        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
19432695       +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
18424925       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18424927       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18424928       +Chase/Best Buy,   Po Box 15298,    Wilmington, DE 19850-5298
18997703      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
19021415        FIA CARD SERVICES NA successor to,    Bank of America NA(USA)MBNA Amer Bk NA,   PO Box 15102,
                 Wilmington DE 19886-5102
18915498       +Fertility Centers of ILL,    POBox 177,   Waukegan IL 60079-0177
18424933       +Hsbc/Carsn,   Po Box 15521,    Wilmington, DE 19850-5521
18424934       +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
18994509       +PORTFOLIO AMERICA ASSET MANAGEMENT LLC,    c o Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: HSBC Card Services Inc.
19247902      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     c/o Gap,   POB 41067,
                 Norfolk VA 23541)
18424936        Paam Col,   14 Piedmont Center 3535 Piedmont Rd S,    Atlanta, GA 30305
18424937      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,   Fargo, ND 58125)
18424938       +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18424926       +E-mail/Text: contact@csicollects.com Dec 15 2012 01:56:30      Certified Services Inc,
                 1733 Washington St Ste 2,    Waukegan, IL 60085-5192
18896553        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:05:28       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18424930       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:05:28       Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
18424932       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2012 02:07:04      Gemb/Gapdc,   Po Box 981400,
                 El Paso, TX 79998-1400
18424935       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 15 2012 01:52:26       Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18998189       +E-mail/Text: resurgentbknotifications@resurgent.com Dec 15 2012 01:51:15
                 PYOD, LLC its successors and assigns as assignee,     of Citibank,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19055213*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18424921*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18424922*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18424939*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682)
18424931*      +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
18424923      ##+Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
18424929      ##+Citimortgage Inc,   Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 3            Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 25

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**                               **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                   Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2012 at the address(es) listed below:
```
              James J. Morrone    on behalf of Joint Debtor Maria  Miller jamesmorrone@aol.com
              James J. Morrone    on behalf of Debtor Daryl L Miller jamesmorrone@aol.com
              Jose G Moreno   on behalf of Creditor    CITIMORTGAGE, INC. nd-one@il.cslegal.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```