UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MILLER, DARYL L § Case No. 12-03374
MILLER, MARIA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase/Best Buy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Gemb/Gapdc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Rs 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Paam Col 14 Piedmont Center 3535 Piedmont Rd S Atlanta, GA 30305 | | | | | |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000011 | CAPITAL ONE, N.A. | | | | | |
| 000006 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | FERTILITY CENTERS OF ILL | | | | | |
| 000008 | FIA CARD SERVICES NA SUCCESSOR TO | | | | | |
| 000005 | PORTFOLIO AMERICA ASSET MANAGEMENT | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000012 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - MILLER

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-03374 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | MILLER, DARYL L | | | Date Filed (f) or Converted (c): | 01/31/12 (f) |
| | MILLER, MARIA | | | 341(a) Meeting Date: | 03/12/12 |
| For Period Ending: | 03/18/13 | | | Claims Bar Date: | 08/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real property located at 15616 Pine Road, Oak Fore | 240,340.00 | 0.00 | | 0.00 | FA |
| 2. Misc cash on hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America, Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc household goods and furniture | 350.00 | 0.00 | | 0.00 | FA |
| 5. Misc books and pictures | 350.00 | 0.00 | | 0.00 | FA |
| 6. Misc wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 7. Advocate Retirement Plan | 67,000.00 | 0.00 | | 0.00 | FA |
| 8. 1985 Ford Mustang | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Dodge Durango | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. Tax Refunds (u) | 0.00 | 3,414.99 | | 3,414.99 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $314,040.00 | $3,414.99 | | $3,414.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/13      Current Projected Date of Final Report (TFR): 01/31/13

         /s/     Joseph A. Baldi, Trustee
_____  Date: 03/18/13
         JOSEPH A. BALDI, TRUSTEE

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.01

FORM 2 - Page 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-03374 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MILLER, DARYL L | | Bank Name: | Congressional Bank |
| | MILLER, MARIA | | Account Number / CD #: | *******7078 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8022 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/12 | 10 | DARYL MILLER | TAX REFUND | 1224-000 | 3,414.99 | | 3,414.99 |
| 02/01/13 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 853.75 | 2,561.24 |
| 02/01/13 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 3.83587% | 7100-000 | | 329.23 | 2,232.01 |
| 02/01/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 3.83579% | 7100-000 | | 370.89 | 1,861.12 |
| 02/01/13 | 001004 | Fertility Centers of ILL<br>POBox 177<br>Waukegan IL 60079 | Claim 000003, Payment 3.83523% | 7100-000 | | 31.47 | 1,829.65 |
| 02/01/13 | 001005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 3.83586% | 7100-000 | | 610.84 | 1,218.81 |
| 02/01/13 | 001006 | PORTFOLIO AMERICA ASSET MANAGEMENT LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: HSBC Card Services Inc. | Claim 000005, Payment 3.83576% | 7100-000 | | 80.66 | 1,138.15 |
| 02/01/13 | 001007 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390 | Claim 000006, Payment 3.83611% | 7100-000 | | 58.15 | 1,080.00 |

Page Subtotals  3,414.99  2,334.99

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 - Page 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-03374 -JBS | |
| Case Name: | MILLER, DARYL L | |
| | MILLER, MARIA | |
| Taxpayer ID No: | *******8022 | |
| For Period Ending: | 03/18/13 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******7078 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/13 | 001008 | Greenville, SC 29603-0390<br>PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 3.83579% | 7100-000 | | 189.85 | 890.15 |
| 02/01/13 | 001009 | FIA CARD SERVICES NA successor to<br>Bank of America NA(USA)MBNA Amer Bk NA<br>PO Box 15102<br>Wilmington DE 19886-5102 | Claim 000008, Payment 3.83585% | 7100-000 | | 576.47 | 313.68 |
| 02/01/13 | 001010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 3.83583% | 7100-000 | | 206.26 | 107.42 |
| 02/01/13 | 001011 | Portfolio Recovery Associates, LLC<br>c/o Gap<br>POB 41067<br>Norfolk VA 23541 | Claim 000010, Payment 3.83606% | 7100-000 | | 80.65 | 26.77 |
| 02/01/13 | 001012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 3.83458% | 7100-000 | | 26.77 | 0.00 |

Page Subtotals  0.00  1,080.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-03374 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | MILLER, DARYL L | Bank Name: | Congressional Bank |
| | MILLER, MARIA | Account Number / CD #: | *******7078 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8022 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 3,414.99 | 3,414.99 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,414.99 | 3,414.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,414.99 | 3,414.99 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********7078) | 3,414.99 | 3,414.99 | 0.00 |
|  | 3,414.99 | 3,414.99 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)